AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

|  |  |
|---|---|
| United States of America<br>v.<br>__VICENTE FERRER MUNOZ-VILLANUEVA__<br>*Defendant* | Case No. 2:21-cr-226-JCM-NJK |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Elayna J. Youchah, U.S. Magistrate Judge | Courtroom No.: | 3A |
|---|---|---|---|
|  |  | Date and Time: | August 17, 2021 at 1:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: August 13, 2021

_____
*Judge's signature*

ELAYNA J. YOUCHAH, U.S. Magistrate Judge
*Printed name and title*

```
____FILED        ____RECEIVED
____ENTERED      ____SERVED ON
           COUNSEL/PARTIES OF RECORD

            AUG 1 3 2021

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:_____DEPUTY
```